UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ISIDRO JORGE ~~GUTIERREZ~~ GONZALEZ,<br><br>　　　　Defendant. | Case No. SA 15-0390M<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. . § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violations of the terms and conditions of his supervised release; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　　The Court finds that:

A.　　( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

　　　　*Lack of bail resources; background information unverified due to failure to interview; use of multiple identifiers.*

1         and

2 B.   ( X ) The defendant has not met his burden of establishing by clear and convincing

3        evidence that he is not likely to pose a danger to the safety of any other person or the

4        community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

5        *Criminal history; present allegations suggests lack of amenability to supervision.*

6        IT THEREFORE IS ORDERED that the defendant be detained pending further

7 proceedings and/or transfer to the charging district.

9 Dated:   7/28/2015

DOUGLAS F. McCORMICK
United States Magistrate Judge